IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVIA L. GOUGHENOUR, | : | No. 3:23cv2055 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| PNC BANK, N.A., and | : | |
| EVAN ROBERTS, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 17th day of September 2024, the defendants' motion to dismiss plaintiff's complaint (Doc. 8) is hereby **DENIED**. Additionally, plaintiff is **GRANTED LEAVE** to file an amended complaint within twenty-one (21) days of the date of this order to properly allege a disability harassment claim. The amended complaint should, as much as possible, provide the dates when the alleged discriminatory actions occurred.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court